UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELYSE RELFORD (ABIGAIL E. ESCALONA),

Plaintiff,

-against-

THE ESTATE OF JEFFREY E. EPSTEIN (KARYNA SHULIAK),

Defendants.

26-CV-6877 (LLS)

CIVIL JUDGMENT

Pursuant to the order dated November 14, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the Court's November 14, 2026 order.

SO ORDERED.

Dated: November 19, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.